Rudolph C. Ficken, surviving partner, appellant, v. Sarah M. Tallyn et al., executors of the estate of Edwin M. Tallyn, deceased, appellees. Gen. No. 7,173.

Suit on two judgment notes. Judgment by confession. Motion to open judgment granted. Judgment for defendants. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed August 13, 1923.

Kennedy & Kennedy, for appellant; Weil & Bartley, of counsel. Barnes, Magoon & Black, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Andrew Wiborg, plaintiff in error. Gen. No. 7,179.

Information charging unlawful sale of intoxicating liquor, also with possession, disposing of, bartering, furnishing and selling same. Judgment against defendant and sentence of a $500 fine and 120 days imprisonment on each of two counts. Error to the County Court of Lake county; the Hon. William C. De Wolf, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed August 13, 1923.

Orvis & Farmer, for plaintiff in error. A. V. Smith, State's Attorney, and Sidney H. Block, Assistant State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles Finefield, plaintiff in error. Gen. No. 7,187.

Prosecution for selling intoxicating liquor in violation of Prohibition Act of Illinois. Defendant found guilty. Error to the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed August 13, 1923. Rehearing denied October 2, 1923.

Arthur A. Lowry, for plaintiff in error. John H. McFadden, State's Attorney, for defendant in error; Robert M. Niven, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Sam Ferrero, appellee, v. L. D. Spaulding, sheriff of Bureau County, appellant. Gen. No. 7,226.

Replevin suit for automobile upon which sheriff had levied execution as property of a third party. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed August 13, 1923.

Scanlan & Massieon and J. L. Murphy, for appellant. J. T. Skinner and C. N. Hollerich, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Will County Produce Company, plaintiff in error, v. Joseph Freedman, defendant in error. Gen. No. 7,053.

Suit in justice of the peace court. Judgment for plaintiff. Error to the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge,